UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA D. PEREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. G. ADAMS,<br><br>　　　　Respondent. | No. 2:17-cv-01351 GGH<br><br><br>ORDER |

Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. She has, however, not submitted the request for leave on the form required by this court.

As a result of the foregoing it IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall mail a copy of this Order together with this court's form for application to proceed in forma pauperis and related file opening documents to petitioner;

2. Petitioner shall file a completed in forma pauperis application fully completed.

**IT IS SO ORDERED**.

Dated: July 11, 2017

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE