1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LISA D. PEREZ,                              No.  2:17-cv-01351-MCE-GGH

12              Petitioner,

13         v.                                    ORDER

14   D.G. ADAMS,

15              Respondent.

16

17         Petitioner appears in this habeas action civil rights matter pro se and informa pauperis.

18   The case was assigned to the magistrate judge pursuant to Eastern District of California Local

19   Rule No. 302(17).

20         On January 2, 2018, the magistrate issued an Order that petitioner should either request a

21   Rhines stay or elect to dismiss her petition.  Petitioner was warned that failure to respond within

22   the 30 day period allowed would result in a *sua sponte* dismissal of her petition by the court.

23   ECF No. 24.  More than 30 days have passed and petitioner has neither sought a Rhines stay nor

24   elected dismissal.

25         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304,

26   The Court has conducted a de novo review of this case.  Having reviewed the file and the

27   magistrate judge's order, the Court *sua sponte* orders dismissal of this case without prejudice.

28   ///

                                             1

1      Accordingly, IT IS HEREBY ORDERED that:

2     1.     The Petition filed in this case is DISMISSED; and

3     2.     The Clerk of the Court shall close this case.

4      IT IS SO ORDERED.

5  Dated:  March 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE